[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] DECISION AND JUDGMENT ENTRY
* * * * *
This matter is before the court sua sponte. It has come to the court's attention that the opinion and judgment entry dated February 27, 1998, contains an omission. Accordingly, the court hereby issues this notice of errata and orders that the February 27, 1998 decision and judgment entry is corrected as follows:
 On page 15, the second sentence of the final paragraph shall read as follows:
 "Accordingly, pursuant to App.R. 23, appellants Jack M. Drummond and Stephen E. Cottrell are ordered to pay appellee Genoa Banking Company $6,433.64 for expenses incurred in defending this appeal."
In addition, the following shall be added at the end of the opinion and judgment entry:
 "Accordingly, judgment is entered in favor of Genoa Banking Company against Jack M. Drummond and Stephen E. Cottrell in the amount of $6,433.64."
It is so ordered.
 _______________________________ George M. Glasser, J.
JUDGE
 ________________________________ Richard W. Knepper, J.
JUDGE
CONCUR.
James R. Sherck, J., dissents.